## LORD FAMILY OF WINDSOR, LLC, ET AL. *v.* INLAND WETLANDS AND WATERCOURSES COMMISSION OF THE TOWN OF WINDSOR

The named defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 354 (AC 27906), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the record did not contain substantial evidence to sustain the named defendant's denial of the plaintiffs' application?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17989.

*Richard A. Vassallo*, in support of the petition.

*Michael A. Zizka*, in opposition.